UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CAUSE NO. 1:20-CR-00094-TWP-TAB |
| COREY POSEY, | )  -04 |
| Defendant. | ) ) ) |

ORDER SETTING HEARING ON GOVERNMENT'S MOTION TO REVOKE RELEASE

Upon the Motion of the United States of America, it is hereby ORDERED that the Motion for issuance of an arrest warrant and revocation of release conditions is set for hearing on Tuesday **July 18, 2023** at 9:00 a.m., hearing in Courtroom 349, Birch Bayh Federal Building and U.S. Courthouse, Indiana.

Date: 7/13/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

United State Probation Office